UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re Bryan James Blehm )
Bryan James Elliott )   Chapter 13
Blehm Enterprises LLC )
Blehm Law PLLC )   Case No. 2:18-bk-01454-MCW
                         )
_____ Debtor(s) )

### Declaration of Evidence of Employers' Payments Within 60 Days

☒ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 23 Feb. 2018                    _____
                                        Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

**Bryan J Blehm**

| | | |
|---|---|---|
| Company: 11403 | Period Begin: 12/9/2017 | Division |
| Number: 5221 | Period End: 12/22/2017 | Branch |
| Social Security #: -99991510 | Check Number | Department: 10 |
| Hire Date: 10/3/2016 | Check Date: 12/29/2017 | Team |

**Cantor Law Group PLLC**
1 East Washington St Ste 1800
Phoenix, AZ 85004 602-307-0808

PST Balances Onl 43.44-0.00=43.44 HOURS
Vacation Exempt =66.56 HOURS

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | | | | 102461.50 |
| Bonus | | 0.00 | 0.00 | 9083.25 | 21384.25 |
| PST | | | | | 1384.62 |
| **Total Earnings** | | | 0.00 | 9083.25 | 125230.37 |
| **NET PAY** | | 7718.12 | Total Direct Deposits | 7718.12 | |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/4) (9083.25) | 552.18 | 15295.40 |
| OASDI (9083.25) | 563.16 | 7193.14 |
| Medicare (9083.25) | 131.71 | 1682.25 |
| AZ (01/4) (9083.25) | 118.08 | 1472.35 |
| 125 Medical | | 7908.22 |
| 125 Dental | | 1023.94 |
| 125 Vision | | 280.28 |
| Vol AD&D | | 129.12 |
| 401k | | 2769.24 |
| Checking 55851XXXX | 500.00 | 14500.00 |
| Net To Checking 50805XXX | 7218.12 | 72976.43 |
| **Total Deductions** | 9083.25 | 125230.37 |
| **Check Amount** | 0.00 | 0.00 |

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

Alliance Bank Of AZ
2701 E Camelback Rd, Phoenix, AZ

Check Date 12/29/2017    Check Number    Memo

Pay  No Dollars and No Cents          $************

To the Order of:
10                     5221  -99991510
**Bryan J Blehm**      NON NEGOTIABLE
2142 E. Clarendon Ave.
Phoenix, AZ 85016

PAY ONLY ..00 CTS CTS

Authorized Signature

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

10                              5221   -99991510
**Bryan J Blehm**
2142 E. Clarendon Ave.
Phoenix, AZ 85016

**Bryan J Blehm**

| | | |
|---|---|---|
| Company: 11403 | Period Begin: 12/9/2017 | Division: |
| Number: 5221 | Period End: 12/22/2017 | Branch: |
| Social Security #: | Check Number: -99991511 | Department: 10 |
| Hire Date: 10/3/2016 | Check Date: 12/29/2017 | Team: |

**Cantor Law Group PLLC**
1 East Washington St Ste 1800
Phoenix, AZ 85004 602-307-0808

PST Balances Onl 43.44-0.00=43.44 HOURS
Vacation Exempt =66.56 HOURS

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 64.00 | 0.00 | 0.00 |
| Salary | | 0.00 | 0.00 | 3692.30 | 102461.50 |
| Bonus | | | | | 21384.25 |
| PST | | 57.69 | 16.00 | 923.08 | 1384.62 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/4) (3804.25) | 609.28 | 15295.40 |
| OASDI (4265.79) | 264.48 | 7193.14 |
| Medicare (4265.79) | 61.85 | 1682.25 |
| AZ (01/4) (3804.25) | 49.46 | 1472.35 |
| 125 Medical | 298.27 | 7908.22 |
| 125 Dental | 40.54 | 1023.94 |
| 125 Vision | 10.78 | 280.28 |
| Vol AD&D | 8.07 | 129.12 |
| 401k | 461.54 | 2769.24 |
| Checking 55851XXXX | 500.00 | 14500.00 |
| Net To Checking 50805XXX | 2311.11 | 72976.43 |

| | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|
| Total Earnings | 80.00 | 4615.38 | 125230.37 | Total Deductions | 4615.38 | 125230.37 |
| **NET PAY** | | 2811.11 | Total Direct Deposits 2811.11 | Check Amount | 0.00 | 0.00 |

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

Alliance Bank Of AZ
2701 E Camelback Rd, Phoenix, AZ

Check Date **12/29/2017**   Check Number   Memo

Pay **No Dollars and No Cents**

$ * * * * * * * * * * *

To the Order of:
10   5221   -99991511
**Bryan J Blehm**   NON NEGOTIABLE
2142 E. Clarendon Ave.
Phoenix, AZ 85016

Authorized Signature

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

10   5221   -99991511
**Bryan J Blehm**
2142 E. Clarendon Ave.
Phoenix, AZ 85016

## Bryan J Blehm

**Cantor Law Group PLLC**
1 East Washington St Ste 1800
Phoenix, AZ 85004 602-307-0808

| Company | Period Begin | Division |
|---|---|---|
| 11403 | 12/23/2017 | |
| Number | Period End | Branch |
| 5221 | 1/5/2018 | |
| Social Security # | Check Number | Department |
| | -99991367 | 10 |
| Hire Date | Check Date | Team |
| 10/3/2016 | 1/12/2018 | |

LPTO1 0.000-0.000=0.000 HOURS
PST Exempt 45.07-8.00=37.07 HOURS
Vacation Exempt =69.64 HOURS

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 48.00 | 0.00 | 0.00 |
| Salary | | 0.00 | 0.00 | 4153.84 | 4153.84 |
| PST | | 57.69 | 8.00 | 461.54 | 461.54 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/4) (4173.48) | 701.59 | 701.59 |
| OASDI (4265.79) | 264.48 | 264.48 |
| Medicare (4265.79) | 61.85 | 61.85 |
| AZ (01/4) (4173.48) | 54.26 | 54.26 |
| 125 Medical | 298.27 | 298.27 |
| 125 Dental | 40.54 | 40.54 |
| 125 Vision | 10.78 | 10.78 |
| Vol AD&D | 8.07 | 8.07 |
| 401k | 92.31 | 92.31 |
| Checking 55851XXXX | 500.00 | 500.00 |
| Net To Checking 50805XXX | 2583.23 | 2583.23 |

| Total Earnings | 56.00 | 4615.38 | 4615.38 | Total Deductions | 4615.38 | 4615.38 |
|---|---|---|---|---|---|---|
| **NET PAY** | 3083.23 | Total Direct Deposits | 3083.23 | Check Amount | 0.00 | 0.00 |

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

Alliance Bank Of AZ
2701 E Camelback Rd, Phoenix, AZ

Check Date 1/12/2018       Check Number    Memo

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * *

**To the Order of:**
10
**Bryan J Blehm**
2142 E. Clarendon Ave.
Phoenix, AZ 85016

5221  -99991367
NON NEGOTIABLE

PAY ONLY

Authorized Signature

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

10    5221  -99991367
**Bryan J Blehm**
2142 E. Clarendon Ave.
Phoenix, AZ 85016

**Bryan J Blehm**

| | | |
|---|---|---|
| Company 11403 | Period Begin 1/6/2018 | Division |
| Number 5221 | Period End 1/19/2018 | Branch |
| Social Security # | Check Number -99991202 | Department 10 |
| Hire Date 10/3/2016 | Check Date 1/26/2018 | Team |

**Cantor Law Group PLLC**

1 East Washington St Ste 1800
Phoenix, AZ 85004 602-307-0808

LPTO1 0.308-0.000=0.308 HOURS
PST Exempt 53.61-32.00=21.61 HOURS
Vacation Exempt =72.72 HOURS
D22 Balance Paid $910.04

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 80.00 | 0.00 | 0.00 |
| Salary | | 0.00 | 0.00 | 4615.38 | 8769.22 |
| PST | | | | | 461.54 |
| **Total Earnings** | | | **80.00** | **4615.38** | **9230.76** |
| **NET PAY** | | | | **2280.16** | **Total Direct Deposits 2280.16** |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/4) (4173.48) | 594.62 | 1296.21 |
| OASDI (4265.79) | 264.48 | 528.96 |
| Medicare (4265.79) | 61.85 | 123.70 |
| AZ (01/4) (4173.48) | 54.26 | 108.52 |
| 125 Medical | 298.27 | 596.54 |
| 125 Dental | 40.54 | 81.08 |
| 125 Vision | 10.78 | 21.56 |
| Vol AD&D | 8.07 | 16.14 |
| Garnishment | 910.04 | 910.04 |
| 401k | 92.31 | 184.62 |
| Checking 55851XXXX | 500.00 | 1000.00 |
| Net To Checking 50805XXX | 1780.16 | 4363.39 |
| **Total Deductions** | **4615.38** | **9230.76** |
| **Check Amount** | **0.00** | **0.00** |

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

Alliance Bank Of AZ
2701 E Camelback Rd, Phoenix, AZ

Check Date 1/26/2018    Check Number  Memo

**Pay** No Dollars and No Cents                                   $ * * * * * * * * * * * *

**To the Order of:**
10                    5221   -99991202
**Bryan J Blehm**          NON NEGOTIABLE
2142 E. Clarendon Ave.
Phoenix, AZ 85016

PAY ONLY 0 00 CTS CTS

Authorized Signature

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

10
**Bryan J Blehm**
2142 E. Clarendon Ave.
Phoenix, AZ 85016

5221   -99991202

**Bryan J Blehm**

| | | | | Cantor Law Group PLLC | | 1 East Washington St Ste 1800 Phoenix, AZ 85004 602-307-0808 |
|---|---|---|---|---|---|---|

Company: 11403
Period Begin: 2/3/2018
Division:
Number: 5221
Period End: 2/16/2018
Branch:
Social Security #: -99990900
Check Number: 
Department: 10
Hire Date: 10/3/2016
Check Date: 2/23/2018
Team:

LPTO1 0.924-0.000=0.924 HOURS
PST Exempt 58.78-40.00=18.78 HOURS
Vacation Exempt =78.88 HOURS
D22 Balance Paid $910.04

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 72.00 | 0.00 | 0.00 |
| Salary | | 0.00 | 0.00 | 4153.86 | 17538.46 |
| Bonus | | | | | 1710.50 |
| PST | | 57.69 | 8.00 | 461.52 | 923.06 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/4) (4173.48) | 594.62 | 2485.45 |
| OASDI (4265.79) | 264.48 | 1163.97 |
| Medicare (4265.79) | 61.85 | 272.20 |
| AZ (01/4) (4173.48) | 54.26 | 238.83 |
| 125 Medical | 298.27 | 1193.08 |
| 125 Dental | 40.54 | 162.16 |
| 125 Vision | 10.78 | 43.12 |
| Vol AD&D | 8.07 | 32.28 |
| Garnishment | 910.04 | 1820.08 |
| 401k | 92.31 | 403.45 |
| Checking 55851XXXX | 500.00 | 2500.00 |
| Net To Checking 50805XXX | 1780.16 | 9857.40 |

| Total Earnings | | 80.00 | 4615.38 | 20172.02 | Total Deductions | 4615.38 | 20172.02 |
|---|---|---|---|---|---|---|---|
| **NET PAY** | 2280.16 | **Total Direct Deposits** | | 2280.16 | **Check Amount** | 0.00 | 0.00 |

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

Alliance Bank Of AZ
2701 E Camelback Rd, Phoenix, AZ

Check Date 2/23/2018        Check Number  Memo

Pay *No Dollars and No Cents*                                                          $ * * * * * * * * * * *

To the Order of:
    10                             5221  -99990900
**Bryan J Blehm**                  NON NEGOTIABLE
2142 E. Clarendon Ave.
Phoenix, AZ 85016

PAY ONLY NO CTS CTS

Authorized Signature

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

                    10                      5221   -99990900
              **Bryan J Blehm**
              2142 E. Clarendon Ave.
              Phoenix, AZ 85016

**Bryan J Blehm**

| Company | Period Begin | Division |
|---|---|---|
| 11403 | 2/3/2018 | |
| Number | Period End | Branch |
| 5221 | 2/16/2018 | |
| Social Security # | Check Number | Department |
| | -99990900 | 10 |
| Hire Date | Check Date | Team |
| 10/3/2016 | 2/23/2018 | |

**Cantor Law Group PLLC**

1 East Washington St Ste 1800
Phoenix, AZ 85004 602-307-0808

LPTO1 0.924-0.000=0.924 HOURS
PST Exempt 58.78-40.00=18.78 HOURS
Vacation Exempt =78.88 HOURS
D22 Balance Paid $910.04

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 72.00 | 0.00 | 0.00 |
| Salary | | 0.00 | 0.00 | 4153.86 | 17538.46 |
| Bonus | | | | | 1710.50 |
| PST | | 57.69 | 8.00 | 461.52 | 923.06 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/4) (4173.48) | 594.62 | 2485.45 |
| OASDI (4265.79) | 264.48 | 1163.97 |
| Medicare (4265.79) | 61.85 | 272.20 |
| AZ (01/4) (4173.48) | 54.26 | 238.83 |
| 125 Medical | 298.27 | 1193.08 |
| 125 Dental | 40.54 | 162.16 |
| 125 Vision | 10.78 | 43.12 |
| Vol AD&D | 8.07 | 32.28 |
| Garnishment | 910.04 | 1820.08 |
| 401k | 92.31 | 403.45 |
| Checking 55851XXXX | 500.00 | 2500.00 |
| Net To Checking 50805XXX | 1780.16 | 9857.40 |

| | | | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Total Earnings | | | 80.00 | 4615.38 | 20172.02 | Total Deductions | 4615.38 | 20172.02 |
| **NET PAY** | | 2280.16 | **Total Direct Deposits** | 2280.16 | | **Check Amount** | 0.00 | 0.00 |

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

Alliance Bank Of AZ
2701 E Camelback Rd, Phoenix, AZ

Check Date 2/23/2018    Check Number    Memo

Pay  No Dollars and No Cents                                $ * * * * * * * * * * * *

To the Order of:
        10                    5221   -99990900
**Bryan J Blehm**          NON NEGOTIABLE
2142 E. Clarendon Ave.
Phoenix, AZ 85016

PAY ONLY 00 CTS CTS

Authorized Signature

---

**Cantor Law Group PLLC**
1 East Washington St
Ste 1800
Phoenix, AZ 85004

        10                    5221   -99990900
**Bryan J Blehm**
2142 E. Clarendon Ave.
Phoenix, AZ 85016